Receipt # 058958

ECF

ORIGINAL

FILED
OCT 1 6 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNIVERSAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-2370C |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**COMPLAINT**

I. JURISDICTION

1. This Court has jurisdiction over the subject matter of this action and the parties pursuant to 28 U.S.C. § 1491, *et seq.* and 41 U.S.C. § 601, *et seq.*

II. PARTIES

2. The plaintiff is Universal Construction, Inc., an Idaho corporation.

3. The defendant is the United States of America, acting by and through officials representing the United States Department of Transportation, Federal Highway Administration, Western Federal Lands Highway Division.

III. FACTS

4. Prior hereto plaintiff and defendant entered into a Construction Contract relative to civil and related construction work on a project known as Camas NWR Complex (ID RRP CAMA 101(1), Contract No. DTFH70-01-C-00034).

5. Prior hereto plaintiff submitted three claims seeking additional compensation with respect to a differing site condition encountered in the Government designated borrow source, changes due to Government directed changes in the performance of the work and delays which were the responsibility of the Government

ORIGINAL

during the start of construction. Plaintiff submitted a monetary claim in the amount of $641,950.15 with a contract time extension request of 181 calendar days.

6. Notwithstanding plaintiff's claim, defendant terminated for default plaintiff's right to complete the work and reprocured to third parties for completion of the work. Defendant issued its Contracting Officer's Decision dated October 8, 2003, in which it assessed excess costs to complete of $125,120.15 and liquidated damages in the sum of $152,000, for a total claim for reprocurement costs of $277,120.15. Prerequisite jurisdictional matters with respect to the filing of this Complaint have been met.

COUNT I

(Damages)

7. Incorporate by reference the allegations set forth heretofore.

8. Plaintiff is entitled to the fair and reasonable costs which it incurred as a result of the differing site condition, changes directed by the Government and delays of the Government during the start of construction in an amount not less than $641,950.15, together with an appropriate contract time extension of 181 calendar days, as prayed for in Cause No. 03-1502C (Smith).

COUNT II

(Declaratory Relief)

9. Incorporate by reference the allegations set forth heretofore.

/ / /

/ / /

10. Plaintiff is entitled to declaratory relief, declaring the rights and obligations of the parties with respect to plaintiff's claims both with respect to additional compensation and additional contract time and is further entitled to a declaration that defendant's termination for default should be converted to a convenience termination with the appropriate relief to which plaintiff would otherwise be entitled in a Contracting Officer's termination for convenience, including all costs reasonably incurred for which compensation has not yet been received, together with an appropriate declaration of the additional time to which plaintiff would otherwise be entitled and a determination that defendant is not entitled to any relief.

WHEREFORE, plaintiff requests this Court to:

1. Enter an award in favor of plaintiff consistent herewith and with Cause No. 03-1502C (Smith).

2. Declare the rights and obligations of the parties and, in particular, the Government's responsibility to convert its default termination to a convenience termination with the associated reasonable costs, interest and time accorded to plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Such other and further relief as may be deemed just and proper by this Court.

DATED: October 15, 2003.

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028 & (503) 419-0281

Of Counsel:

Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028

W:\WORK\KAG\Ins Co of West\Universal Construction\Cl Ct #2\Universal.Complaint.wpd

CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this 15th day of October, 2003, I caused to be served by facsimile transmission and by United States Mail (first class, postage prepaid) copies of "COMPLAINT" addressed as follows:

Mr. James M. Meister
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

John Spencer Stewart
Attorney for Plaintiff

W:\WORK\KAG\Ins Co of West\Universal Construction\Cl Ct #2\Universal.Complaint.wpd