ORIGINAL

ECF

FILED
OCT 1 6 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNIVERSAL CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2370C

**NOTICE OF DIRECTLY-RELATED CASE**

Pursuant to RCFC 40.2, plaintiff Universal Construction, Inc. hereby notifies this Court of the following related cases:

*Universal Construction, Inc. v. The United States*, No. 03-1502C (Smith)

The related case seeks additional compensation and additional time for owner-directed changes and for damages by virtue of defendant's wrongful termination of plaintiff's right to proceed with the work. It obviously involves the same parties.

Assignment to a single judge, including consolidation, is likely to conserve judicial resources and will promote an efficient determination of both actions.

DATED: October 15, 2003.

John Spencer Stewart
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028 & (503) 419-0281

Of Counsel:
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028

ORIGINAL

CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this 15th day of October, 2003, I caused to be served by facsimile transmission and by United States Mail (first class, postage prepaid) copies of "NOTICE OF DIRECTLY-RELATED CASE" addressed as follows:

Mr. James M. Meister
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

John Spencer Stewart
Attorney for Plaintiff

W:\WORK\KAG\Ins Co of West\Universal Construction\Cl Ct #2\Universal.Notice of Directly-Related Case.wpd